FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 15 PM 4:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH WOODS and                 *        CIVIL ACTION
TAMMY WOODS

versus                            *        NO. 06-7272

EMPIRE INDEMNITY INSURANCE COMPANY    *        SECTION "F"
and ZC STERLING INSURANCE AGENCY, INC.

### ORDER AND REASONS

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to plaintiffs' motion to remand, set for hearing on June 20, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, IT IS ORDERED that the plaintiffs' motion to remand is GRANTED as unopposed. The case is hereby remanded to the 21st Judicial District Court for the Parish of Tangipahoa.

New Orleans, Louisiana, June 15, 2007.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

1